# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ISIAH LANG

NO. 2025 KW 1275

**MARCH 23, 2026**

---

In Re:     Isiah Lang, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           DC-24-02369.

---

**BEFORE:     McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.** Relator alleges he filed this request for
mandamus relief thirty-one days after he filed the application for
postconviction relief with the district court. This court will not
intervene in a proceeding where the applicant has not allowed
sufficient time for the district court to respond prior to filing
the application for supervisory writs.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT